THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:13-cr-00031-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>YOLANDA TIESS KITSON, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Notice of Forfeiture [Doc. 27].

Upon review of the Government's motion, the Court will grant the requested relief.

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 27] is **GRANTED**, and the Notice of Forfeiture set forth in the Bill of Indictment in this case is hereby **DISMISSED**.

**IT IS SO ORDERED.**

Signed: April 21, 2014

Martin Reidinger
United States District Judge