# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

# CRIMINAL CASE NO. 1:13cr31

United States of America,

V

Yoland Tiess Kitson

## ORDER

**THIS MATTER** is before the Clerk of Court to return the bond deposited with the Clerk as security for the appearance of Defendant Yoland Kiston.

The defendant was sentenced by this Court on June 8, 2015, to a term of imprisonment and reported to the assigned prison on July 14, 2015. Therefore, the conditions of the security bond for the appearance of Defendant Kitson at her court hearings have been satisfied and the $1,000.00 cash bond deposited is to be returned by the Clerk of Court's financial section.

**IT IS SO ORDERED.**

Signed: August 14, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court